**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                   Case No. 4:18-cr-00511 KGB

JAY SELF                                                                 DEFENDANT

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order entered in this matter on April 29, 2021 (Dkt. No. 27) is hereby amended pursuant to Federal Rule of Criminal Procedure 36 to correct a clerical error and to reflect the following condition of supervised release. This condition was imposed on defendant Jay Self in open court by the Court at the sentencing hearing, but this condition was inadvertently left off the written Judgment entered in this case:

1. The defendant must participate, under the guidance and supervision of the probation office, in a mental health treatment program. He must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If he is unable to pay for the cost of treatment, the co-pay requirement will be waived.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 27) remain in full force and effect.

It is so ordered this 12th day of September 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge